John Patrick Stokes, appellant arguing pro se. I believe we have him on audio. President, I don't have Zoom or audio, but I hear you. Okay, Mr. Stokes, well, we can hear you. There is no one else appearing on this, so you have your 15 minutes. That was my picture that just came up, excuse me, was in my chamber, so I'm not sure what's happening there, but there's people. So, Mr. Stokes, you may start. I'm not sure what's happening either, but I made a motion to disqualify Judge Tappas from the hearing. And I don't want to go back and redo the whole thing, but I can. Department of Justice has been prejudiced against me since 2002. They financed a $40,000 grant to put me out of business back in 2002 with liberals. I was a conservative radio talk show host. I deceded to judges. And I changed the United States Constitution. I was a very political activist. I had only my civil rights. I also had the largest piece of property of undeveloped land outside the city of Charlottesville. For years, people attacked me and attacked me and attacked me. They finally did. They prosecuted us for civil rights violations. And these criminals, the mafia criminals, came up with a slander claim against me for $3.8 million. And I appealed to the Montana Supreme Court. And during their appeal, they started levying on judges. So I went into state court. First mistake of my life. So in two weeks, the United States Justice, and they used Chapter 7, sold everything to insiders with preferential treatment. And then they took my radio station for $3 million. And then they started to go after my home to make me homeless and put me in jail. He didn't succeed, put me in jail. But he did file an adversary complaint to take my home. We defeated him. I defeated him. A judge, Kirchner, signed an order to an adversary complaint that we took over and signed our house over to the court. The court owned our house for approximately two months. Couldn't find a seller. Sold it back to my wife for a set amount of money that they assigned. She was 13 years old. It was 11-363-F-SALE. I've got all those agreements in front of you. It was an adversary complaint. They stole my house. They stoned it over. And the court owned it. And the court sold it back to us. Since then, since then, I have been attacked, attacked, and attacked. It's a great point. But the disallowed liens of HSBC and Mississippi, and you know who HSBC is. They're criminal mortgage lenders. They assigned it to all their subsidiaries. And now I'm dealing with their last subsidiary, LSFA. They are trying to repossess or foreclose our house. And they have. On August 18, 2018, I think. I can't remember. And they foreclosed on our house. And we bought this house. And the judge personally signed the order. And nobody recognized it. I've been fighting my ass off in state courts that don't recognize your bankruptcy orders. And I've gone through the state court levels. I've gone to Supreme Court levels. And they've declared me a vexed litigant. Because I'm trying to sell property. And I can't even. I've done all my research. I'm a foreclosed litigant. I can't hire an attorney. I can't access the courts. But I've done all my research. And there is no case I can find that says state courts can overrule a federal bankruptcy court 363-F sale. In fact, I can't even find a federal court case that says federal judges can overrule a federal 363 sale. And that's what I've been fighting. My wife is dying in the front room right now. She's in hospital care. And I'm fighting my life off. And I will fight for the rest of my life to save my wife and this house. I've done everything to access the state courts. And these assholes are keeping away and keeping away and keeping away. Going through state courts. Trying to overrule. Overrule. Your federal bankruptcy court order. And I have been defending this person's order for 12 years. And I'm kind of getting sick and tired of it. Go ahead and ask me any questions you want. Are there any questions from the panel? None from me. I don't have any questions, thank you. Mr. Stokes, we are extremely sympathetic to the situation of your wife. We wish her the best that is possible under the circumstances. And we will take this matter under submission. You'll get a decision from us on the matter before us, which is the refusal of Judge Pappas. Thank you very much for your... Well, wait a minute. I sent you a bunch of exhibits yesterday and this morning to support my position. I hope you've been serious. We received a package yesterday. And given the time, it has been, I won't say thoroughly reviewed because that's impossible. It's a little late to be sending us documents. But you can be assured that relevant documents will be reviewed. Keep in mind that what's in front of us is the simple issue of whether Judge Pappas should have accused you. So we'll look at the documents with that issue in mind. Again, thank you very much. I want to thank you, those three of you, for hearing this. Thank you very much. Thank you. This matter is under submission. Next matter, please.
judges: TAYLOR, BRAND, GAN